# Court of Appeals
# of the State of Georgia

ATLANTA, December 20, 2012

*The Court of Appeals hereby passes the following order*

**A13I0088. CLIFFORD GARRETT v. GEORGE S. WHIDBY.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

090V00492



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, December 20, 2012.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*